EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Ex Parte:<br><br>Melvin A. Padilla Feliciano | 2010 TSPR 57<br><br>178 DPR \_\_\_\_ |

Número del Caso: TS-3249


Fecha: 13 de abril de 2010


Abogado de la Parte Peticionaria:

                Por derecho propio


Materia: Baja Voluntaria del Ejercicio de la Abogacía



Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex Parte

Melvin A. Padilla Feliciano
                     3249

RESOLUCIÓN

San Juan, Puerto Rico, a  13 de abril de 2010.

    Examinada la solicitud presentada por el Lcdo. Melvin A. Padilla Feliciano, se autoriza su baja voluntaria del ejercicio de la profesión.

    Publíquese.

    Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

                  Aida Ileana Oquendo Graulau
              Secretaria del Tribunal Supremo